Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tabula Rasa Partners, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 21-33859 |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BP Energy Company 201 Helios Way Houston, TX 77079 | | potential deficiency on secured claim | Contingent Unliquidated | | | UNKNOWN |
| CapturePoint LLC 1101 Central Expressway South Suite 150 Allen, TX 75013 | | services pursuant to JOA | | | | $1,022,060.00 |
| Carson Rollins LLC P.O. Box 1105 Houston, TX 77251 | | professional services | | | | $6,600.00 |
| Larry Long P.O. Box 1777 Kilgore, TX 75663 | | Royalty Contingency from 2014 | Contingent Disputed | | | $100,000.00 |
| Oxy Permian CO2 5 Greenway Plaza Ste 110 Houston, TX 77046 | | | Disputed | | | $266,507.45 |
| PetroLedger Financial Services 800 Isom Road Suite 101 San Antonio, TX 78216 | | Trade Debt | | | | $924.91 |
| Soap Engineering, LLC c/o Lekeaka Defang Mian & Associates Law Firm, PLLC 2401 Fountain View Dr., Ste. 460 Houston, TX 77057 | | | Disputed | | | $0.00 |
| Sunoco Pipeline LP 8020 Park Lane Dallas, TX 75231 | | Trade Debt | | | | $200,157.77 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    21-33859

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................................    $      0.00

    **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $      4,128,449.19

    **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $      4,128,449.19

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      19,618,575.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$      1,596,250.13

4.    Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b      $      21,214,825.13

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Tabula Rasa Partners, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **21-33859**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank, N.A.<br>P O Box 182051<br>Columbus OH 43218-2051 | Operating | 6803 | $2,351,188.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $2,351,188.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 1,714,537.00 | - | 0.00 | = .... | $1,714,537.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Tabula Rasa Partners, LLC | Case number *(If known)* | 21-33859 |
|---|---|---|---|
| | Name | | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,714,537.00

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| | Name of entity | % of ownership | | | Current value |
|---|---|---|---|---|---|
| 15.1. | Tabula Rasa Resources, LLC | 100 | % | | Unknown |
| 15.2. | Tabulsa Rasa CO2 Company, LLC | 100 | % | | Unknown |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.  Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      Tabula Rasa Partners, LLC                                  Case number *(If known)*  21-33859
            Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       See attached.                                          $3,216,086.00                                              Unknown

51.    **Total of Part 8.**                                                                                              $0.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

54.    **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  Oil & Gas Properties -<br>See attached. | | $18,558,000.00 | | Unknown |

56.    **Total of Part 9.**                                                                                             $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor   Tabula Rasa Partners, LLC _____   Case number *(If known)* 21-33859
        Name

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Prepaid Expenses | $62,724.19 |

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | $62,724.19 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   Tabula Rasa Partners, LLC                                    Case number *(If known)*  21-33859
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,351,188.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,714,537.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $62,724.19 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,128,449.19 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,128,449.19 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Tabula Rasa Partners, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __21-33859__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  BP Energy Company**
Creditor's Name

201 Helios Way
Houston, TX 77079
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
ISDA - 2002 Master Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: $1,060,575.00     Column B: Unknown

---

**2.2  Cibolo Energy Partners I, LP**
Creditor's Name

1455 West Loop South Ste 230
Houston, TX 77027
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $18,558,000.00     Column B: Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Tabula Rasa Partners, LLC | Case number (if known) | 21-33859 |
|---|---|---|---|
| | Name | | |

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$19,618,575.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    21-33859

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>BP Energy Company<br>201 Helios Way<br>Houston, TX 77079<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** potential deficiency on secured claim<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>CapturePoint LLC<br>1101 Central Expressway South<br>Suite 150<br>Allen, TX 75013<br><br>**Date(s) debt was incurred** 10/29/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** services pursuant to JOA<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,022,060.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251<br><br>**Date(s) debt was incurred** 12/07/2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** professional services<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $6,600.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Larry Long<br>P.O. Box 1777<br>Kilgore, TX 75663<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Royalty Contingency from 2014<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $100,000.00 |

| Debtor | Tabula Rasa Partners, LLC | Case number (if known) | 21-33859 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $266,507.45 |
|---|---|---|---|
| | Oxy Permian CO2 | ☐ Contingent | |
| | 5 Greenway Plaza Ste 110 | ☐ Unliquidated | |
| | Houston, TX 77046 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $924.91 |
|---|---|---|---|
| | PetroLedger Financial Services | ☐ Contingent | |
| | 800 Isom Road Suite 101 | ☐ Unliquidated | |
| | San Antonio, TX 78216 | ☐ Disputed | |
| | **Date(s) debt was incurred** 11/30/2021 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Soap Engineering, LLC | | |
| | c/o Lekeaka Defang | ☐ Contingent | |
| | Mian & Associates Law Firm, PLLC | ☐ Unliquidated | |
| | 2401 Fountain View Dr., Ste. 460 | ■ Disputed | |
| | Houston, TX 77057 | | |
| | **Date(s) debt was incurred** 08/06/2019 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200,157.77 |
|---|---|---|---|
| | Sunoco Pipeline LP | ☐ Contingent | |
| | 8020 Park Lane | ☐ Unliquidated | |
| | Dallas, TX 75231 | ☐ Disputed | |
| | **Date(s) debt was incurred** 10/6/2021 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,596,250.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,596,250.13 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name       Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   21-33859

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | ISDA - 2002 Master Agreement | |
| State the term remaining | | BP Energy Company 201 Helios Way Houston, TX 77079 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Joint Development Agreement | |
| State the term remaining | Expires September 1, 2024 | CapturePoint LLC 1101 Central Expressway South Suite 150 Allen, TX 75013 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Contract Operating Agreement | |
| State the term remaining | | CapturePoint LLC 1101 Central Expressway South Suite 150 Allen, TX 75013 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Existing Property Net Income Payments related to the Joint Development Agreement dated September 1, 2020 | |
| State the term remaining | | CapturePoint LLC 1101 Central Expressway South Suite 150 Allen, TX 75013 |
| List the contract number of any government contract | | |

Debtor 1   Tabula Rasa Partners, LLC
_____          Case number (*if known*)   21-33859
First Name            Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Net Profits Interest Agreement related to the Joint Development Agreement dated September 1, 2020 | |
|---|---|---|---|
| | State the term remaining | | CapturePoint LLC |
| | List the contract number of any government contract | | 1101 Central Expressway South Suite 150 Allen, TX 75013 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Operating Agreement Contract Area: Township 30 South, Range 68 West, 6th P.M. Part of Sections 5 and 6 Township 30 South, Range 69 West, 6th P.M. Part of Sections 1, 11, 12, 19, 20, 29, 30, 31, 32, 33 Containing 3,088.08 acres, more or less Huerfano County State of Colorado | |
|---|---|---|---|
| | State the term remaining | | Edwards Energy Corporation Attn: J. Keith Edwards |
| | List the contract number of any government contract | | 1200 17th Street, Suite 1025 Denver, CO 80202 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Unit Operating Agreement - East Seminole (San Andres) Unit Gaines County, Texas | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | G-M-K Oil Company, Inc. |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Operating Agreement | |
|---|---|---|---|
| | State the term remaining | | Manzano, LLC Attn: Kenneth Barbe, Jr. Spoon Valley Energy, LLC |
| | List the contract number of any government contract | | P.O. Box 2107 Roswell, NM 88202 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement/NDA | |
|---|---|---|---|
| | State the term remaining | Expires 3 yrs. from May | Michael R. Keener 940 Gemini, Suite 200 Houston, TX 77058 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Tabula Rasa Partners, LLC
            _____          Case number (*if known*)    21-33859
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | 17, 2021 |  |
|---|---|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Unit Operating Agreement - Lindoss Unit Gaines County, Texas |  |
|  | State the term remaining |  | Mobil Producing Texas & New Mexico, Inc. |
|  | List the contract number of any government contract |  | Attn Mobil OBO Expenditures P.O. Box 951027 Dallas, TX 75395 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Accounting Services |  |
|  | State the term remaining |  | PetroLedger LLC |
|  | List the contract number of any government contract |  | (Eddye Dreyer Financial Services, LLC) 800 Isom Road, Suite 101 San Antonio, TX 78216 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Emma San Andres Unit JOA Andrews County, Texas |  |
|  | State the term remaining |  | Sinclair Oil & Gas Company Corporation Service Company dba CSC-Lawyers Incorporating Service Company |
|  | List the contract number of any government contract |  | 211 E. 7th Street, Suite 620 Austin, TX 78701 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Pipeline Throughout and Deficiency Agreement |  |
|  | State the term remaining | Expires May 2, 2027 | Sunoco Pipeline L.P. |
|  | List the contract number of any government contract |  | 3807 West Chester Pike Newtown Square, PA 19073 |

**Fill in this information to identify the case:**

Debtor name    Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    21-33859

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Tabula Rasa Resources, LLC | | Cibolo Energy Partners I, LP | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   Tabulsa Rasa CO2 Company, LLC | | Cibolo Energy Partners I, LP | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    21-33859

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $11,430,278.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 | 09/08/2021 | $142,192.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Tabula Rasa Partners, LLC                                      Case number *(if known)* 21-33859

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. Chase Bank<br>PO Box 182501<br>Columbus, OH 43218-2051 | 09/15/2021 | $2,518.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3. Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251 | 09/20/2021 | $6,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4. The Strong Firm P.C.<br>1790 Hughes Landing Blvd Ste 200<br>Spring, TX 77380 | 09/20/2021 | $5,097.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.5. PetroLedger Financial Services<br>800 Isom Road<br>San Antonio, TX 78216 | 09/20/2021 | $692.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. Sunoco Pipeline LP<br>8020 Park Lane<br>Dallas, TX 75231 | 09/29/2021 | $186,263.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7. CapturePoint LLC<br>1101 Central Expressway South<br>Suite 150<br>Allen, TX 75013 | 09/29/2021 | $1,174,527.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8. Gibson Dunn & Crutcher<br>811 Main Street<br>Houston, TX 77002 | 09/30/2021 | $14,963.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.9. BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 | 10/07/2021 | $207,037.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor __Tabula Rasa Partners, LLC_____    Case number _(if known)_ _21-33859_____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.10. | Chase Bank<br>PO Box 182501<br>Columbus, OH 43218 | 10/15/2021 | $2,602.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | Carson Rollins LLC<br>PO Box 1105<br>Houston, TX 77251 | 10/25/2021 | $6,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. | PetroLedger Financial Services<br>800 Isom Road Suite 101<br>San Antonio, TX 78216 | 10/25/2021 | $740.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. | The Strong Firm P.C.<br>1790 Hughes Landing Blvd Ste 200<br>The Woodlands, TX 77380 | 10/25/2021 | $1,286.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | 10/25/2021 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. | BP Energy Company<br>1101 Central Expressway S Ste 150<br>Allen, TX 75013 | 11/05/2021 | $349,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. | Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251 | 11/15/2021 | $7,310.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | Chase Bank<br>PO Box 182501<br>Columbus, OH 43218 | 11/15/2021 | $2,549.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   Tabula Rasa Partners, LLC        Case number *(if known)*   21-33859

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.18. | CapturePoint LLC<br>1101 Central Expressway South<br>Suite 150<br>Allen, TX 75013 | 11/17/2021 | $63,111.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | 11/18/2021 | $3,953.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. | Michael R. Keener<br>940 Gemini, Suite 200<br>Houston, TX 77058 | 11/30/2021 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. | BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 | 12/01/2021 | $308,610.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | 12/03/2021 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael R. Keener<br>940 Gemini, Suite 200<br>Houston, TX 77058<br>Independent Director | 12/1/21 and<br>5/25/21 | $100,000.00 | Independent Director<br>Compensation |
| 4.2. | Cibolo Energy Partners, LLC<br>1455 West Loop South Ste 230<br>Houston, TX 77027 | 09/30/2021 | $432,021.42 | Interest on Notes |
| 4.3. | Cibolo Energy Partners, LLC<br>1455 West Loop South Ste 230<br>Houston, TX 77027 | 09/30/2021 | $75,000.00 | Annual Admin Fee |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Tabula Rasa Partners, LLC | Case number *(if known)* | 21-33859 |
| --- | --- | --- | --- |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.4.   Cibolo Energy Partners, LLC<br>1455 West Loop South Ste 230<br>Houston, TX 77027 | 06/29/2021 | $427,325.53 | Interest on Notes |
| 4.5.   Cibolo Energy Partners, LLC<br>1455 West Loop South Ste 230<br>Houston, TX 77027 | 03/31/2021 | $422,629.65 | Interest on Notes |
| 4.6.   Cibolo Energy Partners, LLC<br>1455 West Loop South Ste 230<br>Houston, TX 77027 | 12/30/2020 | $431,812.27 | Interest on Notes |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.   Soap Engineering, LLC vs.<br>Perdure Petroleum, LLC; and<br>Tabula Rasa Partners, LLC<br>2021-51875 | | Harris County District Court<br>334th Judicial District Court<br>201 Caroline<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Debtor | Tabula Rasa Partners, LLC | Case number *(if known)* | 21-33859 |
|---|---|---|---|

---

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | | 10/25/2021 | $20,000.00 |
| | **Email or website address**<br>www.porterhedges.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | | 11/18/2021 | $3,953.75 |
| | **Email or website address**<br>www.porterhedges.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | | 12/03/2021 | $60,000.00 |
| | **Email or website address**<br>www.porterhedges.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Tabula Rasa Partners, LLC                                   Case number *(if known)*   21-33859

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | Tabula Rasa Partners, LLC | Case number *(if known)* | 21-33859 |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Tabula Rasa Partners, LLC | Case number *(if known)* | 21-33859 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251 | 10/01/20 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251 | |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | Deloitte Tax LLP<br>1111 Bagby Street, Suite 4500<br>Houston, TX 77002 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Carson Rollins LLC<br>P.O. Box 1105<br>Houston, TX 77251 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | Tabula Rasa Partners, LLC | Case number *(if known)* | 21-33859 |
|---|---|---|---|

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Justin Teltschik & JW Sikora | 1455 West Loop South, Suite 230 Houston, TX 77027 | Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael R. Keener | 940 Gemini, Suite 200 Houston, TX 77058 | Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cibolo TRP, LLC | 1455 West Loop South Ste 230 Houston, TX 77027 | Equity | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Michael R. Keener 940 Gemini, Suite 200 Houston, TX 77058 | $100,000.00 | 12/1/21 and 5/25/21 | Independent Director Compensation |
| | **Relationship to debtor** Independent Director | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Tabula Rasa Partners, LLC                                         Case number *(if known)*   21-33859

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/17/2021

/s/ Michael R. Keener                                        Michael R. Keener
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Independent Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re   Tabula Rasa Partners, LLC

Debtor(s)

Case No.   21-33859

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Tabula Rasa Partners, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Cibolo TRP, LLC

☐ None [*Check if applicable*]

12/17/2021

Date

/s/ Aaron J. Power

Aaron J. Power

Signature of Attorney or Litigant

Counsel for   Tabula Rasa Partners, LLC

Porter Hedges LLP

1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000 Fax:(713) 228-1331
apower@porterhedges.com

**Fill in this information to identify the case:**

Debtor name    Tabula Rasa Partners, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   21-33859

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/17/2021    x /s/ Michael R. Keener
       Signature of individual signing on behalf of debtor

       Michael R. Keener
       Printed name

       Independent Director
       Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**