# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In Re. TABULA RASA PARTERS LLC | § | Case No. 21-33859 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021          Petition Date: 12/03/2021

Months Pending: 1          Industry Classification: 2 1 1 1

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Aaron J. Power
Signature of Responsible Party

01/20/2022
Date

Aaron J. Power
Printed Name of Responsible Party

Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name  TABULA RASA PARTERS LLC

Case No.  21-33859

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,351,188 | |
| b.  Total receipts (net of transfers between accounts) | $1,829,436 | $4,180,624 |
| c.  Total disbursements (net of transfers between accounts) | $2,064,962 | $2,064,962 |
| d.  Cash balance end of month (a+b-c) | $2,115,662 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $2,064,962 | $2,064,962 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $1,597,634 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $194,157 |
| c.  Inventory     ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d   Total current assets | $3,713,296 |
| e.  Total assets | $25,550,106 |
| f.  Postpetition payables (excluding taxes) | $1,735,328 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $193,908 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $1,929,236 |
| k.  Prepetition secured debt | $19,618,575 |
| l.  Prepetition priority debt | $1,396,092 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $22,943,903 |
| o.  Ending equity/net worth (e-n) | $2,606,203 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $1,438,105 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $745,330 | |
| c.  Gross profit (a-b) | $692,775 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $13,642 | |
| f.  Other expenses | $442,323 | |
| g.  Depreciation and/or amortization (not included in 4b) | $175,738 | |
| h.  Interest | $131,485 | |
| i.  Taxes (local, state, and federal) | $86,078 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-156,491 | $-156,491 |

Debtor's Name  TABULA RASA PARTERS LLC

Case No.  21-33859

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  TABULA RASA PARTERS LLC                              Case No.  21-33859

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name TABULA RASA PARTERS LLC                                        Case No.  21-33859

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name TABULA RASA PARTERS LLC                    Case No.  21-33859

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name TABULA RASA PARTERS LLC                    Case No.  21-33859

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  TABULA RASA PARTERS LLC                    Case No.  21-33859

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $86,078 | $86,078 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ● No ○

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○ No ●

c.  Were any payments made to or on behalf of insiders?  Yes ● No ○

d.  Are you current on postpetition tax return filings?  Yes ● No ○

e.  Are you current on postpetition estimated tax payments?  Yes ● No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ● No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○ No ●

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ○ No ○ N/A ●

i.  Do you have:     Worker's compensation insurance?  Yes ● No ○

    If yes, are your premiums current?  Yes ● No ○ N/A ○  (if no, see Instructions)

    Casualty/property insurance?  Yes ● No ○

    If yes, are your premiums current?  Yes ● No ○ N/A ○  (if no, see Instructions)

    General liability insurance?  Yes ● No ○

    If yes, are your premiums current?  Yes ● No ○ N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ○ No ●

k.  Has a disclosure statement been filed with the court?  Yes ○ No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ● No ○

Debtor's Name  TABULA RASA PARTERS LLC                               Case No.  21-33859

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Keener                                            Michael Keener
Signature of Responsible Party                               Printed Name of Responsible Party

Independent Director                                         01/20/2022
Title                                                        Date

Debtor's Name  TABULA RASA PARTERS LLC                                     Case No.  21-33859



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name TABULA RASA PARTERS LLC                    Case No.  21-33859

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  TABULA RASA PARTERS LLC                                    Case No.  21-33859



PageThree



PageFour



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021

**Account Number:** ▮▮▮▮▮▮6803

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00017308 WBS 201 211  00122 NNNNNNNNNN  1 000000000 80 0000

TABULA RASA PARTNERS LLC
1455 WEST LOOP S
STE 230
HOUSTON TX 77027



## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $2,801,359.46 |  |
| Deposits and Credits | 1 | $199,063.68 |  |
| Withdrawals and Debits | 4 | $803,199.78 |  |
| Checks Paid | 7 | $6,241.52 |  |
| **Ending Ledger Balance** |  | **$2,190,981.84** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/29 | Orig CO Name:Perdure Petro       Orig ID:9987533002 Desc Date:122921 CO Entry Descr:Revpaymt  Sec:PPD    Trace#:021000025887632 Eed:211229   Ind ID:999002            Ind Name:Tabula Rasa Partners, Trn: 3635887632Tc | $199,063.68 |
| **Total** |  | **$199,063.68** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/01 | Book Transfer Debit A/C: Bp Energy Company Tulsa OK 74102-0591 US Ref: Bp Hedge Inv #300652348 Trn: 7606900335Jo YOUR REF:  NONREF | $308,610.00 |
| 12/03 | Fedwire Debit Via: Amegy Bank/113011258 A/C: Porter Hedges Llp IOLTA US Ref: Pre-Filing Retainer Payment 017235-0001Ajp/Time/14:41 Imad: 1203B1Qgc08C025478 Trn: 5020900337Jo YOUR REF:  NONREF | 60,000.00 |
| 12/15 | Account Analysis Settlement Charge | 2,568.36 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



December 01, 2021 through December 31, 2021

**Account Number:** ██████████6803

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/30 | Fedwire Debit Via: Sil Vly Bk Scla/121140399 A/C: Cibolo Energy Partners I, L.P. Houston TX 77027 US Ref:/Time/15:06 Imad: 1230B1Qgc07C020268 Trn: 5811000364Jo YOUR REF:  NONREF | 432,021.42 |
| **Total** | | **$803,199.78** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 33819 | 12/09 | $1,588.12 | 35239* | 12/09 | $230.39 | 35749* | 12/09 | $896.04 |
| 34067* | 12/09 | $1,200.48 | 35496* | 12/09 | $857.25 | 36050* | 12/09 | $745.22 |
| 34320* | 12/09 | $724.02 | | | | | | |

| **Total** | **7 check(s)** | | | | | | | **$6,241.52** |

* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/01 | $2,492,749.46 | 12/15 | $2,423,939.58 |
| 12/03 | $2,432,749.46 | 12/29 | $2,623,003.26 |
| 12/09 | $2,426,507.94 | 12/30 | $2,190,981.84 |

Your service charges, fees and earnings credit have been calculated through account analysis.



December 01, 2021 through December 31, 2021
**Account Number:** ███████6803



Tabula Rasa Partners LLC

# Stop Payment Renewal Notice

Account Number  ████████6803                                    Bank Number:  201

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| — | 0000118 | 03/19/2019 | 03/19/2022 | 29880 | $2,233.55 |

Tabula Rasa Partners LLC
1455 West Loop S
Ste 230
Houston TX 77027

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**
**AS OF DECEMBER 31, 2021**

| DATE | RECEIPTS | DISBURSEMENTS | COUNTER PARTY | DESCRIPTION |
|------|----------|---------------|---------------|-------------|
| 12/15/21 | | $ (2,568.36) | JPMChase | Bank Fees - 11/2021 |
| 12/29/21 | $ 1,829,436.23 | | CapturePoint LLC | Oil Revenues 11/2021 & Reimbursement of Prepaid Expenses |
| 12/29/21 | | $ (1,430,214.77) | CapturePoint LLC | Lease Operating Expense & Capital Expenditures 11/2021 |
| | | $ (200,157.78) | CapturePoint LLC | Sunoco Pipeline LP 2021 Third Quarter Throughput & Deficiency Invoice #340519 10/06/21 netted from Oil revenues received on behalf of Tabula Rasa Partners LLC |
| 12/30/21 | | $ (432,021.42) | Cibolo Energy Partners I, L.P. | 2021 Fourth Quarter Interest Payment. Invoice #0016 |
| 12/31/21 | | $ (235,526.10) | | **Net Change in Cash** |

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**BALANCE SHEET**
**AS OF DECEMBER 31, 2021**

**ASSETS**

| | | |
|---|---|---:|
| | CASH | $ 2,115,662 |
| | ACCOUNTS RECEIVABLE - REVENUE | $ 1,403,477 |
| | ACCOUNTS RECEIVABLE | $ 194,157 |
| | PREPAID EXPENSES | $ 62,724 |
| | CURRENT ASSETS | $ 3,776,020 |
| | OIL & GAS PROPERTIES | $ 21,774,086 |
| | TOTAL ASSETS | $ 25,550,106 |

**LIABILITIES**

| | | |
|---|---|---:|
| | POSTPETITION PAYABLES | $ 1,735,328 |
| | POSTPETITION TAXES | $ 193,908 |
| | PREPETITION SECURED DEBT | $ 19,618,575 |
| | PREPETITION PRIORITY DEBT | $ 1,396,092 |
| | TOTAL LIABILITIES | $ 22,943,903 |

**EQUITY/NET WORTH**  $ 2,606,203

| | |
|---|---:|
| TOTAL LIABILITIES & EQUITY | $ 25,550,106 |

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**STATEMENT OF OPERATIONS - ACCRUAL BASIS**
**AS OF DECEMBER 31, 2021**

**REVENUE**

| | | | |
|---|---|---|---|
| | OIL REVENUE | $ | 1,438,105 |

**EXPENSES**

| | | | |
|---|---|---|---|
| | LEASE OPERATING EXPENSES | $ | 745,330 |
| | TAXES - SEVERANCE & AD VALOREM | $ | 86,078 |
| | GENERAL & ADMINISTRATIVE EXPENSES | $ | 13,642 |
| | DEPRECIATION & AMORTIZATION | $ | 175,738 |
| | EXPENSES - OPERATION | $ | 1,020,788 |
| | OPERATING PROFIT | $ | 417,317 |
| | OIL HEDGES REALIZED | $ | 215,580 |
| | THROUGHPUT DEFICIENCY | $ | 226,743 |
| | INTEREST | $ | 131,485 |
| | EXPENSES - OTHER | $ | 573,808 |
| | TOTAL EXPENSES | $ | 1,594,596 |

**PROFIT/(LOSS)**                                    $        (156,491)

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**ACCOUNTS RECEIVABLE AGING**
**AS OF DECEMBER 31, 2021**

| ACCOUNT | COUNTER PARTY | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 90+ DAYS |
|---|---|---|---|---|---|---|---|
| Revenue | CapturePoint LLC | $ 1,403,477 | $ 1,403,477 | | | | |
| Joint Interest Billings | Various | $ 87,608 | | | | | $ 87,608 |
| Other | Colorado Severance Tax | $ 86,553 | | | | | $ 86,553 |
| Other | Colorado Conservation Levy | $ 19,996 | | | | | $ 19,996 |
| | | $ 1,597,634 | $ 1,403,477 | $ - | $ - | $ - | $ 194,157 |

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**POSTPETITION LIABILITIES AGING**
**AS OF DECEMBER 31, 2021**

| ACCOUNT | COUNTER PARTY | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 90+ DAYS |
|---------|--------------|---------|---------|---------|---------|---------|----------|
| ACCOUNTS PAYABLE | CapturePoint LLC | $ 1,005,330 | $ 1,005,330 | | | | |
| ACCOUNTS PAYABLE | Sunoco Pipeline L.P. | $ 226,743 | $ 226,743 | | | | |
| ACCOUNTS PAYABLE | BP Energy Company | $ 215,580 | $ 215,580 | | | | |
| ACCOUNTS PAYABLE | Carson Rollins LLC | $ 9,658 | $ 9,658 | | | | |
| ACCOUNTS PAYABLE | PetroLedger LLC | $ 1,401 | $ 1,401 | | | | |
| ACCOUNTS PAYABLE | JPMChase | $ 2,539 | $ 2,539 | | | | |
| ACCRUED AD VALOREM TAXES | Andrews County TX | $ 38,016 | $ 38,016 | | | | |
| ACCRUED AD VALOREM TAXES | Huerfano County CO | $ 155,892 | $ 155,892 | | | | |
| | | $ 1,655,159 | $ 1,655,159 | $ - | $ - | $ - | $ - |

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**STATEMENT OF CAPITAL ASSETS**
**AS OF DECEMBER 31, 2021**

| CATEGORY | | AMOUNT |
|---|---|---|
| Oil & Gas Properties - Working Interest | $ | 18,558,000 |
| Oil & Gas Equipment - Working Interest | $ | 3,216,086 |
| **Total Capital Assets** | **$** | **21,774,086** |

**TABULA RASA PARTNERS LLC**
**CASE #21-33859**
**PAYMENTS TO INSIDERS**
**AS OF DECEMBER 31, 2021**

| DATE | INSIDER | AMOUNT |
|------|---------|--------|
| 12/30/21 | Cibolo Energy Partners I, L.P. | $ 432,021.42 |

01/17/2022  02:05 pm                        TABULA RASA PARTNERS, LLC                         Page   1
Company:TRP01                      Reconcile - List Outstanding Checks and Deposits
                                   Bank: B  Chase Operating Account  G/L Acct:1028
                                   Reconcile Bank Statement - 12/01/2021 thru 12/31/2021

|                                              | Number    | Amount       |
|----------------------------------------------|-----------|--------------|
| Balance per Bank Statement:                  |           | 2,190,981.84 |
| (+) Outstanding Deposits:                    | 0         | 0.00         |
| (-) Outstanding Checks:                      | 192       | 75,319.88    |
| Amount that Should Equal General Ledger:     |           | 2,115,661.96 |
|                                              |           |              |
| Actual Balance per General Ledger:           |           | 2,115,661.96 |
| OUT OF BALANCE BY:                           |           | 0.00         |

## Outstanding Deposits:

| Date    | Amount | Description |
|---------|--------|-------------|
| 0   TOTAL | 0.00 |             |

## Outstanding Checks:

| Check# | Date       | Amount    | Src | Payee# | Payee Name                         |
|--------|------------|-----------|-----|--------|------------------------------------|
| 3306   |            | 0.00      | B   |        | Blank Counter Check                |
| 5186   | 07/22/2014 | 292.70    | R   | 3273   | Seminole East No. 2                |
| 8590   | 01/23/2015 | 0.46      | R   | 99999  | Deleted Interest                   |
| 10194  | 04/23/2015 | 419.69    | A   | 3614   | TABULA RASA MANAGEMENT, LLC        |
| 13116  | 10/06/2015 | 500.00    | A   | 3311   | Railroad Commission Of Texas       |
| 13119  | 10/06/2015 | 500.00    | A   | 3311   | Railroad Commission Of Texas       |
| 14667  | 01/18/2016 | 12.75     | R   | 40015  | ANNA M. TURLEY                     |
| 14675  | 01/18/2016 | 22.90     | R   | 40031  | MICHAEL & CHIRSTINE BEACH          |
| 14684  | 01/18/2016 | 22.90     | R   | 40055  | KMK PROPERTIES                     |
| 14695  | 01/18/2016 | 36.08     | R   | 40090  | JON W. & RUTH A. BRANDT, JT        |
| 14727  | 01/18/2016 | 34.78     | R   | 40139  | JOSEPH M. & JEAN M. YOUNG          |
| 14874  | 01/20/2016 | 6.09      | R   | 3074   | Tbmr Partnership                   |
| 14925  | 01/20/2016 | 87.62     | R   | 4006   | DAVID A ELDRIDGE                   |
| 15079  | 01/28/2016 | 36.79     | R   | 40089  | JANICE BENHAM AND DAVID BEARDEN    |
| 15080  | 01/28/2016 | 28.02     | R   | 40091  | CARMEN K. BROWN - COSENO           |
| 15095  | 01/28/2016 | 31.49     | R   | 40121  | JOHN & ROSLYN RAUE FAMILY          |
| 16851  | 06/20/2016 | 19.75     | R   | 40031  | MICHAEL & CHIRSTINE BEACH          |
| 16852  | 06/20/2016 | 60.89     | R   | 40033  | NATALIA A. BOLESLAWSKI             |
| 16853  | 06/20/2016 | 7.02      | R   | 40070  | PEGGY A. NICKOLA                   |
| 17584  | 08/24/2016 | 26.11     | R   | 2949   | Gene Hurwitz                       |
| 17715  | 08/24/2016 | 786.97    | R   | 4028   | MICHAEL D MCDONALD                 |
| 18357  | 09/30/2016 | 31.79     | R   | 40031  | MICHAEL & CHIRSTINE BEACH          |
| 18685  | 10/28/2016 | 49.09     | R   | 3081   | Vicki Lee Taylor                   |
| 18698  | 10/28/2016 | 327.36    | R   | 3104   | Billy Ray Grimes                   |
| 19110  | 11/30/2016 | 557.11    | R   | 3105   | Sara Emerson Oliver                |
| 19711  | 01/06/2017 | 25.30     | R   | 40151  | ANDREW PURSCH                      |
| 19787  | 01/24/2017 | 26.67     | R   | 2949   | Gene Hurwitz                       |
| 20038  | 01/31/2017 | 29.59     | R   | 40033  | NATALIA A. BOLESLAWSKI             |
| 20096  | 01/31/2017 | 1,702.33  | R   | 40137  | WORRALL INVESTMENT CORP            |
| 20271  | 02/23/2017 | 26.81     | R   | 2938   | DOROTHY BURNHAM KECKLEY EST        |
| 20548  | 02/28/2017 | 51.26     | R   | 40089  | JANICE BENHAM AND DAVID BEARDEN    |
| 20601  | 03/15/2017 | 1,595.00  | A   | 4396   | BARRY B. BRYAN                     |
| 20602  | 03/15/2017 | 15,000.00 | A   | 4397   | DONALD J. MCCULLOUGH               |
| 20899  | 03/21/2017 | 1,354.98  | R   | 4035   | ANNA SCOTT                         |
| 21431  | 04/26/2017 | 51.55     | R   | 40091  | CARMEN K. BROWN - COSENO           |
| 21632  | 05/22/2017 | 25.24     | R   | 2938   | DOROTHY BURNHAM KECKLEY EST        |
| 21767  | 05/22/2017 | 387.06    | R   | 4017   | FRICSAY Resources, LLC             |

01/17/2022 02:05 pm                           TABULA RASA PARTNERS, LLC                                   Page  2
Company:TRP01                     Reconcile - List Outstanding Checks and Deposits

| Check# | Date | Amount | Src | Payee# | Payee Name |
|---|---|---|---|---|---|
| 21948 | 06/21/2017 | 30.98 | R | 2949 | Gene Hurwitz |
| 22160 | 06/21/2017 | 186.09 | R | 218073 | Olie Royalties LLC |
| 22773 | 08/09/2017 | 100.00 | A | 3996 | RONNIE ATEN |
| 22905 | 08/22/2017 | 27.36 | R | 3031 | Robert W. Pearce |
| 23070 | 08/22/2017 | 112.62 | R | 207667 | JANELLE BOLTON ROGERS |
| 23254 | 09/21/2017 | 83.76 | R | 2999 | DIXIE NAN DOSS |
| 23298 | 09/21/2017 | 7.13 | R | 3074 | Tbmr Partnership |
| 23952 | 10/27/2017 | 220.38 | R | 3095 | Celeste Metter Grimes |
| 24314 | 11/21/2017 | 28.82 | R | 2949 | Gene Hurwitz |
| 24601 | 11/30/2017 | 35.69 | R | 40150 | CHARLES A. HOMAN FAMILY |
| 25030 | 01/02/2018 | 8.22 | R | 40015 | ANNA M. TURLEY |
| 25200 | 01/19/2018 | 592.67 | A | 3818 | HARRIS COUNTY TAX ASSESSOR-COLLEC |
| 25253 | 01/23/2018 | 56.46 | R | 2889 | AMB FAMILY INTERESTS LTD |
| 25273 | 01/23/2018 | 112.14 | R | 2931 | DAVID CHASE PARKS |
| 25475 | 01/23/2018 | 196.54 | R | 207667 | JANELLE BOLTON ROGERS |
| 25510 | 02/15/2018 | 7.06 | R | 2949 | Gene Hurwitz |
| 25546 | 02/15/2018 | 13.24 | R | 3213 | William D. McCollum |
| 25582 | 02/26/2018 | 6,199.26 | A | 3945 | INTELLEGENS, INC. |
| 25812 | 03/19/2018 | 178.93 | R | 4037 | TAS Royalty Company |
| 25911 | 03/23/2018 | 561.03 | A | 3448 | AT CONFERENCE |
| 26407 | 05/21/2018 | 344.15 | R | 2961 | ISABEL B LEIB TRUST U/A 8/7/73 |
| 26422 | 05/21/2018 | 108.17 | R | 2999 | DIXIE NAN DOSS |
| 26555 | 05/21/2018 | 53.32 | R | 4060 | PBES 18-007, LLC |
| 26875 | 06/08/2018 | 43.46 | R | 4012 | CYPRESS INCOME FUND, LLC |
| 27031 | 07/16/2018 | 1,381.30 | A | 3448 | AT CONFERENCE |
| 27175 | 07/23/2018 | 438.64 | R | 3011 | ANDREWS ROYALTY LP |
| 27254 | 07/23/2018 | 35.31 | R | 3383 | Carol Ann Cantrell |
| 27296 | 07/23/2018 | 115.61 | R | 4050 | Estate of Glenn Lloyd Howard |
| 27435 | 07/30/2018 | 261.11 | A | 3448 | AT CONFERENCE |
| 27524 | 08/20/2018 | 412.69 | A | 3448 | AT CONFERENCE |
| 27610 | 08/22/2018 | 62.80 | R | 2999 | DIXIE NAN DOSS |
| 27703 | 08/22/2018 | 28.98 | R | 4012 | CYPRESS INCOME FUND, LLC |
| 27723 | 08/22/2018 | 65.88 | R | 4037 | TAS Royalty Company |
| 27862 | 09/17/2018 | 1,457.93 | R | 2915 | ANGELO SU CARR SCHLR FNDN |
| 27948 | 09/17/2018 | 44.61 | R | 3070 | STEWART M MORGAN JR TRUST |
| 27971 | 09/17/2018 | 21,141.43 | R | 3113 | TRINITY UNIVERSITY |
| 28006 | 09/17/2018 | 43.24 | R | 4012 | CYPRESS INCOME FUND, LLC |
| 28128 | 09/20/2018 | 438.57 | A | 3448 | AT CONFERENCE |
| 28332 | 10/22/2018 | 178.28 | R | 3125 | Jane Fried Gottlieb & Joel Got |
| 28472 | 10/23/2018 | 304.09 | A | 3448 | AT CONFERENCE |
| 28515 | 11/14/2018 | 84.00 | A | 3798 | ANDREWS COUNTY TAX OFFICE |
| 28663 | 11/27/2018 | 216.97 | R | 3095 | Celeste Metter Grimes |
| 28751 | 11/27/2018 | 46.86 | R | 40026 | KATHLYN T. VAIL |
| 28838 | 12/07/2018 | 444.46 | A | 3448 | AT CONFERENCE |
| 28928 | 12/18/2018 | 182.00 | A | 3798 | ANDREWS COUNTY TAX OFFICE |
| 29041 | 12/31/2018 | 81.95 | R | 2999 | DIXIE NAN DOSS |
| 29143 | 12/31/2018 | 37.56 | R | 4012 | CYPRESS INCOME FUND, LLC |
| 29163 | 12/31/2018 | 104.53 | R | 4037 | TAS Royalty Company |
| 29184 | 12/31/2018 | 31.54 | R | 40026 | KATHLYN T. VAIL |
| 29409 | 01/31/2019 | 26.81 | R | 3031 | Robert W. Pearce |
| 29508 | 01/31/2019 | 53.77 | R | 40026 | KATHLYN T. VAIL |
| 29791 | 02/28/2019 | 378.41 | R | 4017 | FRICSAY Resources, LLC |
| 29818 | 02/28/2019 | 42.28 | R | 40026 | KATHLYN T. VAIL |
| 30071 | 03/31/2019 | 33.58 | R | 40026 | KATHLYN T. VAIL |
| 30219 | 04/16/2019 | 12.22 | A | 4367 | Stancil Property Tax, LLC |
| 30315 | 04/30/2019 | 163.33 | R | 3019 | RAYMOND C DOSS |
| 30422 | 04/30/2019 | 35.48 | R | 40026 | KATHLYN T. VAIL |
| 30509 | 05/08/2019 | 3,754.38 | A | 4400 | RHC MIDCON, LP |

01/17/2022 02:05 pm              **TABULA RASA PARTNERS, LLC**              Page 3
Company:TRP01           Reconcile - List Outstanding Checks and Deposits

| Check# | Date | Amount | Src | Payee# | Payee Name |
|---|---|---|---|---|---|
| 30665 | 05/31/2019 | 766.21 | R | 3434 | Pamela J Dennis Dial |
| 30773 | 05/29/2019 | 3.16 | A | 40011 | DOUGLAS J. DAIGLE |
| 30777 | 05/29/2019 | 1.00 | A | 40015 | ANNA M. TURLEY |
| 30785 | 05/29/2019 | 5.00 | A | 40026 | KATHLYN T. VAIL |
| 30787 | 05/29/2019 | 5.00 | A | 40028 | WILLIAM M. WHITE, JR. |
| 30789 | 05/29/2019 | 1.00 | A | 40033 | NATALIA A. BOLESLAWSKI |
| 30790 | 05/29/2019 | 1.00 | A | 40034 | ROBERT & ROBERTA BRANSON |
| 30793 | 05/29/2019 | 1.00 | A | 40040 | TRAVIS R. CRAWFORD |
| 30795 | 05/29/2019 | 1.00 | A | 40044 | ALLAN & MARTHA FRALEY |
| 30797 | 05/29/2019 | 1.00 | A | 40049 | ROBERT A. HENNINGER |
| 30798 | 05/29/2019 | 1.00 | A | 40050 | H&M SMITH 2002 TRUST |
| 30807 | 05/29/2019 | 1.00 | A | 40060 | LIRA INVESTMENTS LP |
| 30808 | 05/29/2019 | 1.00 | A | 40061 | LARRY J. LLOYD |
| 30810 | 05/29/2019 | 1.00 | A | 40064 | MARK D. MCBROOM |
| 30812 | 05/29/2019 | 1.00 | A | 40069 | ELISE & MARC MURCHISON |
| 30815 | 05/29/2019 | 1.42 | A | 40073 | GERALD R. RISING, JR. |
| 30817 | 05/29/2019 | 1.00 | A | 40076 | CHARLES & CAROL SMITH |
| 30819 | 05/29/2019 | 1.62 | A | 40078 | BOBBY & JANICE THOMPSON |
| 30820 | 05/29/2019 | 9.98 | A | 40079 | THREE VALLEYS WEST, LLC |
| 30821 | 05/29/2019 | 1.23 | A | 40082 | BECKY J. TRAYNOR |
| 30822 | 05/29/2019 | 1.00 | A | 40083 | DAVID & MELISSA UHEY |
| 30825 | 05/29/2019 | 1.00 | A | 40086 | GREGORY & MARY WOODS |
| 30826 | 05/29/2019 | 1.00 | A | 40088 | GARY D. IDA J. BABBIT, JT |
| 30831 | 05/29/2019 | 1.00 | A | 40093 | VINCE R. & KATHY W. CARRELL |
| 30834 | 05/29/2019 | 1.00 | A | 40100 | JERRY D. DUNSON & JANORA L. DUNSON |
| 30836 | 05/29/2019 | 1.00 | A | 40102 | FORREST & DIANE DYKSTRA |
| 30849 | 05/29/2019 | 1.00 | A | 40120 | KAREN & ANDREW PURSCH |
| 30851 | 05/29/2019 | 1.18 | A | 40125 | TIMOTHY J. SOMMER |
| 30858 | 05/29/2019 | 1.00 | A | 40138 | JOHN R. YANNIZZI |
| 30859 | 05/29/2019 | 1.00 | A | 40139 | JOSEPH M. & JEAN M. YOUNG |
| 30860 | 05/29/2019 | 2.50 | A | 40140 | LOGAN T. FARRAR |
| 30862 | 05/29/2019 | 18.85 | A | 40143 | BAILEY REVOCABLE TRUST |
| 30863 | 05/29/2019 | 1.00 | A | 40144 | CARLOS P. & CHRISTINA D. DEJUAN |
| 30866 | 05/29/2019 | 1.00 | A | 40149 | ROBERT DUNNING STEWART |
| 30868 | 05/29/2019 | 1.00 | A | 40151 | ANDREW PURSCH |
| 30869 | 05/29/2019 | 1.00 | A | 40152 | KAREN PURSCH |
| 30870 | 05/29/2019 | 1.00 | A | 40153 | LAWRENCE O. & CATHERINE C.MARTIN |
| 30872 | 05/29/2019 | 10.00 | A | 40155 | BANK OF OK, NA AS AGENT FOR TRUST |
| 30878 | 05/29/2019 | 1.00 | A | 40173 | JABL Properties, LP |
| 31857 | 09/20/2019 | 53.53 | R | 40088 | GARY D. IDA J. BABBIT, JT |
| 31865 | 09/20/2019 | 101.57 | R | 40102 | FORREST & DIANE DYKSTRA |
| 31882 | 09/20/2019 | 53.55 | R | 40130 | TROSIAN FAMILY TRUST |
| 32070 | 09/23/2019 | 20.66 | R | 40026 | KATHLYN T. VAIL |
| 32072 | 09/23/2019 | 99.03 | R | 40033 | NATALIA A. BOLESLAWSKI |
| 32082 | 09/23/2019 | 117.30 | R | 40102 | FORREST & DIANE DYKSTRA |
| 32152 | 09/25/2019 | 83.40 | A | 4469 | WolfePak Software LLC |
| 32186 | 10/17/2019 | 100.00 | A | 3996 | RONNIE ATEN |
| 32194 | 10/17/2019 | 140.59 | A | 3818 | HARRIS COUNTY TAX ASSESSOR-COLLEC |
| 32639 | 11/21/2019 | 3.94 | R | 3076 | Tommy M. Thompson |
| 32837 | 12/20/2019 | 388.56 | R | 2939 | DOSS MABE |
| 33179 | 01/28/2020 | 44.34 | R | 2982 | LORI FRAN DUBOSE |
| 33512 | 02/21/2020 | 122.47 | R | 4050 | Estate of Glenn Lloyd Howard |
| 33829 | 03/25/2020 | 124.24 | R | 4050 | Estate of Glenn Lloyd Howard |
| 33916 | 04/08/2020 | 400.00 | A | 3996 | RONNIE ATEN |
| 34054 | 04/21/2020 | 1,655.46 | R | 3436 | Jessie A. Dennis |
| 34077 | 04/21/2020 | 93.92 | R | 4050 | Estate of Glenn Lloyd Howard |
| 34156 | 04/22/2020 | 750.00 | A | 4632 | SUSANA KLASSEN |
| 34329 | 05/22/2020 | 56.64 | R | 4050 | Estate of Glenn Lloyd Howard |

01/17/2022  02:05 pm                     TABULA RASA PARTNERS, LLC                              Page   4
Company:TRP01                  Reconcile - List Outstanding Checks and Deposits

| Check# | Date | Amount | Src | Payee# | Payee Name |
|---|---|---|---|---|---|
| 34386 | 05/26/2020 | 1,157.82 | A | 40003 | THERESA ANDREATTA ESTATE |
| 34398 | 05/26/2020 | 833.64 | A | 40018 | JEAN LERI |
| 34399 | 05/26/2020 | 246.11 | A | 40019 | JEAN LERI |
| 34408 | 05/26/2020 | 1.00 | A | 40034 | ROBERT & ROBERTA BRANSON |
| 34412 | 05/26/2020 | 1.00 | A | 40041 | BART & JUDY DEITRICK |
| 34413 | 05/26/2020 | 1.00 | A | 40044 | ALLAN & MARTHA FRALEY |
| 34416 | 05/26/2020 | 1.00 | A | 40050 | H&M SMITH 2002 TRUST |
| 34417 | 05/26/2020 | 1.00 | A | 40051 | PATORIC & KAREN HOY |
| 34425 | 05/26/2020 | 1.00 | A | 40060 | LIRA INVESTMENTS LP |
| 34426 | 05/26/2020 | 1.00 | A | 40061 | LARRY J. LLOYD |
| 34428 | 05/26/2020 | 1.00 | A | 40064 | MARK D. MCBROOM |
| 34439 | 05/26/2020 | 1.23 | A | 40082 | BECKY J. TRAYNOR |
| 34515 | 05/26/2020 | 1.00 | A | 40083 | DAVID & MELISSA UHEY |
| 34519 | 05/26/2020 | 1.00 | A | 40088 | GARY D. IDA J. BABBIT, JT |
| 34520 | 05/26/2020 | 1.02 | A | 40089 | JANICE BENHAM AND DAVID BEARDEN |
| 34523 | 05/26/2020 | 3.30 | A | 40092 | VICTOR CAMPOS |
| 34524 | 05/26/2020 | 1.00 | A | 40097 | BRIAN T. & ANGELIKA CHIQUETT |
| 34525 | 05/26/2020 | 78.82 | A | 40098 | ALBERT C. CHRISTENSEN |
| 34528 | 05/26/2020 | 1.00 | A | 40102 | FORREST & DIANE DYKSTRA |
| 34536 | 05/26/2020 | 1.12 | A | 40112 | ADRIENNE LOWRY, TRUSTEE |
| 34538 | 05/26/2020 | 78.82 | A | 40114 | PAMELA CAMPBELL MAXWELL |
| 34541 | 05/26/2020 | 1.00 | A | 40120 | KAREN & ANDREW PURSCH |
| 34543 | 05/26/2020 | 1.18 | A | 40125 | TIMOTHY J. SOMMER |
| 34550 | 05/26/2020 | 1.00 | A | 40138 | JOHN R. YANNIZZI |
| 34554 | 05/26/2020 | 18.85 | A | 40143 | BAILEY REVOCABLE TRUST |
| 34560 | 05/26/2020 | 1.00 | A | 40151 | ANDREW PURSCH |
| 34561 | 05/26/2020 | 1.00 | A | 40152 | KAREN PURSCH |
| 35228 | 06/20/2020 | 136.77 | R | 3436 | Jessie A. Dennis |
| 35655 | 08/25/2020 | 41.83 | R | 2970 | JOHN M GRIMLAND JR MARITAL TRUST |
| 35686 | 08/25/2020 | 41.83 | R | 3050 | Phyllis M Grimland |
| 35855 | 09/22/2020 | 5.00 | A | 3168 | SEMINOLE HOT OIL SERVICE |
| 35917 | 09/22/2020 | 21.61 | R | 2949 | Gene Hurwitz |
| 35982 | 09/22/2020 | 1.60 | R | 3076 | Tommy M. Thompson |
| E000001030 | 01/31/2017 | 448.35 | A | 3449 | EVANS, TRACY |
| E000001187 | 07/31/2017 | 19.31 | A | 4447 | RELIANT, DEPT 0954 |
| E000001717 | 11/27/2018 | 30.48 | R | 176288 | GENEVA SMITH PRICE TRUST U W |
| E000001762 | 12/31/2018 | 50.61 | R | 176288 | GENEVA SMITH PRICE TRUST U W |
| E000002120 | 03/18/2019 | 1,000.00 | A | 3311 | Railroad Commission Of Texas |
| E000002231 | 04/18/2019 | 200.00 | A | 4347 | Ronald Goellher |
| 192 | TOTAL | 75,319.88 | | | |